AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
### V.

NDEYE NENE FALL KARERI

**WARRANT FOR ARREST**

CASE NUMBER: 05 - 0 3 14 M - 01

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Ndeye Nene Fall Kareri_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

**FILED**

**MAY 2 7 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

did knowingly combine, conspire and agree with each other and with others to defraud Riggs Bank by devising a scheme and artifice to defraud, and to obtain moneys and funds owned by and under the custody and control of Riggs, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, that is, defendants SIMON P. KARERI and NDEYE NENE FALL KARERI wilfully concealed the material fact from Riggs Bank that KARERI was engaging in prohibited personal business transactions with Riggs Bank customers, in violation of Title 18, United States Code, Section 1344 (bank fraud)

in violation of Title _18_ United States Code, Section(s) _§ 371, 1344, 1343 and 1957_.

ALAN KAY

Name of Issuing Officer    U.S. MAGISTRATE JUDGE

Signature of Issuing Officer

ALAN KAY

Title of Issuing Officer    U.S. MAGISTRATE JUDGE

MAY 2 6 2005    District of Columbia

Date and Location

Bail fixed at $ _____    by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED 5/27/05 | NAME AND TITLE OF ARRESTING OFFICER Darlene Tod DUSM | SIGNATURE OF ARRESTING OFFICER Darlene Dodd |
| DATE OF ARREST 5/27/05 | | |