AO 470 (8/85) Order of Temporary Detention

# United States District Court

**FILED**
MAY 2 7 2005
NANCY MAYER WHITTINGTON, CLERK
~~U.S. DISTRICT COURT~~

FOR THE _____ DISTRICT OF ___COLUMBIA___

UNITED STATES OF AMERICA

V.

_Nene Fall Kaeri_
Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: _05-319M-01_

Upon motion of the ___UNITED STATES GOVERNMENT___, it is ORDERED that a detention hearing is set for ___6-1-05___ * at ___1:45 PM___
                                                    Date                                Time

before ___MAGISTRATE JUDGE ~~ALAN KAY~~ John M. Facciola___
                          Name of Judicial Officer

___United States District Court for the District of Columbia___
                          Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____) and produced for the hearing.
                          Other Custodial Official

Date: ___5-27-05___                                  ___/s/ Alan Kay___
                                                     Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.