UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                    ::

                                            ::        CRIMINAL NO. *05-319m*

            vs.                             ::

*NENE FALL KARERI*                          ::

Registration No. *78129-016*                ::


O R D E R

It is hereby ordered that the Defendant *NENE FALL KARERI*

be committed to the custody of the Attorney General or a designated representative for

confinement in the corrections facility separate, to the extent practical, apart from persons

awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be

afforded a reasonable opportunity for private consultation with defense counsel.  Upon order

of a Court of the United States of America or at the request of the United States Attorney

for the Government, the person in charge of the corrections facility shall deliver the Defendant

to the United States Marshal for the purposes of an appearance in connection with a court

proceeding.

SO ORDERED, this *1st* day of *Jun* , *2005* .

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE