IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                           CRIMINAL NO. 05-212 (RMU)

NDEYE NENE FALL KARERI

## NOTICE OF APPEARANCE

Please take notice that Nina J. Ginsberg of DiMuro & Ginsberg, P.C., hereby enters her appearance on behalf of the defendant, Ndeye Nene Fall Kareri.

       Respectfully submitted,

       NDEYE NENE FALL KARERI
       By Counsel

Counsel for Defendant.

_____
NINA J. GINSBERG
DCB # 251496
DiMuro & Ginsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22413
703-684-4333 (telephone)
703-548-3181 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was mailed, postage prepaid, this 8th day of June, 2005 to:

Steven J. Durham
Chad Sarchio
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530

and to:

Christopher G. Hoge, Esquire
Crowley, Hoge and Fein, P.C.
1710 Rhode Island Avenue, N.W.
Suite 700
Washington, D.C. 20036
Counsel for Defendant Simon Kareri

Jonathan Shapiro, Esquire
Law Office of Jonathan Shapiro, P.C.
910 King Street
Alexandria, VA 22314
Counsel for Defendant Simon Kareri

_____
Nina J. Ginsberg