UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
         v.                      :    Criminal Action No.: 05-0212 (RMU)
                                 :
SIMON KARERI,                    :    SEALED FILED
NDEYE NENE FALL KARERI,          :
         Defendant(s).           :    AUG 8  2005
                                      NANCY MAYER WHITTINGTON, CLERK
                    ORDER              U.S. DISTRICT COURT

    It is this 8th day of AUGUST 2005,

    ORDERED that a status hearing in the above-captioned case shall take place on Dec. 5th 2005 at 11:00 A.m.

    SO ORDERED.

                                      _____
                                      Ricardo M. Urbina
                                      United States District Judge