UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : Criminal No. 05-212 (RMU) <br> : <br> SIMON P. KARERI and : **FILED** <br> NDEYE NENE FALL KARERI, : <br> : AUG 2 5 2005 <br> Defendants. : <br> : NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT | |

### ORDER TO DEPOSIT FUNDS IN THE REGISTRY OF THE COURT

WHEREAS, pursuant to a Plea Agreement entered into on August 8, 2005, the Government has made a Motion to this Court for an Order to Deposit Funds in the Registry of the Court; and

WHEREAS, it appears that this motion is uncontested.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED THAT:**

1. All proceeds/contents of Banque Générale du Luxembourg Account Number LU17003007873409100 are to be deposited and held in the Registry of the Court.

SO ORDERED.

Dated this 25 day of August, 2005.

_____
Ricardo M. Urbina
United States District Judge

cc:   Michael Humphreys
      Assistant United States Attorney
      United States Attorney's Office

Asset Forfeiture Unit, Criminal Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Jonahan Shapiro
910 King Street
Suite 200
Alexandria, VA 22314
(Counsel for Defendant Simon Kareri)

Christopher G. Hoge
CROWLEY, HOGE, & FEIN, P.C.
1710 Rhode Island Avenue, NW
Suite 700
Washington, DC 20036
(Counsel for Defendant Simon Kareri)

Nina J. Ginsberg
DIMURO, GINSBERG & MOOK, P.C.
908 King Street
Suite 200
Alexandria, VA 22314
(Counsel for Nene Kareri)