UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  : Criminal Action No.: 05-212 (RMU)
:
SIMON KARERI, : SEALED  FILED
NENE KARERI :
Defendant(s). : DEC 5 - 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 5th day of December 2005,

ORDERED that a Status hearing in the above-captioned case shall take place on March 9, 2006 at 1:45 pm.

SO ORDERED.

Ricardo M. Urbina
United States District Judge

(NJ)