SIMON P. KARERI
520430192

Appendix A-1

| Date | Item | Amount | Witness | Exhibit Number | Description of Evidence |
|---|---|---|---|---|---|
| | **Unreported Income for the years 2000, 2001 and 2002** | | | | |
| | **Specific Item Method of Proof** | | | | |
| 4/8/2000 | Check number 1512 from Hardutt Singh | $ 110,000.00 | Hardutt Singh | W1-1, W1-2 | Report of Interviews dated 3/29/2004 and 3/30/2004 |
| 5/22/2000 | Check number 1564 from Hardutt Singh | $ 55,000.00 | | | |
| 9/6/2000 | Check number 1633 from Hardutt Singh | $ 49,000.00 | Representative, | W4-13 | Signature card for account 860237680 |
| 9/6/2000 | Check number 1634 from Hardutt Singh | $ 10,000.00 | SunTrust Bank | W4-14 | Bank statements dated 12/9/1999 through 1/12/2004 for account 86023760 |
| | | | | W4-15 | Deposit items dated 4/10/2000, check from Hardutt Singh |
| | Total Unreported Income for 2000 | $ 224,000.00 | | W4-16 | Deposit items dated 5/23/2000, check from Hardutt Singh |
| | | | | W4-17 | Deposit items dated 9/6/2000, checks from Hardutt Singh |
| 7/5/2001 | Wire from EG account to JADINI HOLDINGS, LTD | $ 700,000.00 | Representative, SunTrust Bank | W4-5 | Signature card for account 700265279 |
| | | | | W4-6 | Bank statements dated 7/3/2001 through 12/31/2003 for account 700265279 |
| | | | | W4-7 | Transaction Detail Report dated 7/5/2001 |
| 7/5/2001 | Wire from EG account to JADINI HOLDINGS, LTD | $ 329,926.00 | | W4-1 | Signature card for account 700265260 |
| | | | | W4-2 | Bank statements dated 7/3/2001 through 10/31/2001 for account 700265260 |
| | | | | W4-3 | Transaction detail dated 7/5/2001 |
| 12/31/2001 | Interest earned on JADINI HOLDINGS, LTD accounts | $ 11,572.42 | | W4-6 | Bank statements dated 7/3/2001 through 12/31/2003 for account 700265279 |
| | | | | W4-2 | Bank statements dated 7/3/2001 through 10/31/2001 for account 700265260 |
| | Total Unreported income for 2001 | $ 1,041,498.42 | | | Computation |
| 3/20/2002 | Wire from EG account to JADINI HOLDINGS, LTD | $ 66,781.78 | Representative, SunTrust Bank | W4-5 | Signature card for account 700265279 |
| | | | | W4-6 | Bank statement dated 7/3/2001 through 12/31/2003 for account 700265279 |
| | | | | W4-7 | Transaction Detail Report dated 3/20/2002 |
| 12/31/2002 | Interest earned on JADINI HOLDINGS, LTD accounts | $ 9,725.36 | | W4-6 | Bank statement dated 7/3/2001 through 12/31/2003 for account 700265279 |
| 12/31/2002 | Interest earned on JADINI HOLDINGS, LTD CD | $ 8,858.54 | | W4-18 | Account Inquiry for Certificate of Deposit |
| | Total Unreported Income for 2002 | $ 85,365.68 | | | |

**SIMON P. KARERI**
**520430192**

**Criminal Tax Calculation**
**2000, 2001, 2002**

|  | 2000 | 2001 | 2002 |
|---|---|---|---|
| Corrected Taxable Income | $ 324,230.96 | $1,198,638.28 | $ 165,770.26 |
| Base Amount Per Tax Rate Schedule | $ 288,350.00 | $ 297,350.00 | $ 112,850.00 |
| Taxable Income over Base | $ 35,880.96 | $ 901,288.28 | $ 52,920.26 |
| Tax Rate Over Base Amount | 39.6% | 39.1% | 30.0% |
| Tax on Amount Over Base | $ 14,208.86 | $ 352,403.72 | $ 15,876.08 |
| Tax on Base Amount | $ 86,854.50 | $ 88,306.75 | $ 24,265.50 |
| Total Corrected Tax | $ 101,063.36 | $ 440,710.47 | $ 40,141.58 |

SIMON P. KARERI
520430192

Appendix A

| Computation of Additional Tax Due and Owing<br>Specific Method of Proof<br>2000, 2001 and 2002 | | | | | | |
|---|---|---|---|---|---|---|
| Particulars | 2000 | 2001 | 2002 | Witness | Exhibit Number | Description of Evidence |
| Unreported Taxable Income | $ 224,000.00 | $ 1,041,498.42 | $ 85,365.68 | Nicole Brown, Special Agent, Internal Revenue Service | Appendix A-1 | Unreported Income for the Years 2000, 2001 and 2002 |
| Reported Total Income | $ 125,782.00 | $ 171,647.00 | $ 132,887.00 | Representative, Internal Revenue Service | W5-2, W5-3, W5-4 | U.S. Individual Income Tax Returns |
| Corrected Total Income | $ 349,782.00 | $ 1,213,145.42 | $ 218,252.68 | | | Computation |
| Less: | | | | | | |
| Itemized Deductions | $ 25,551.04 | $ 14,507.14 | $ 41,682.42 | Nicole Brown, Special Agent, | W9-1 | Schedule A Limitation Calculation |
| Exemptions | $ - | $ - | $ 10,800.00 | Internal Revenue Service | W9-2 | Exemption Limitation Calculation |
| Total Corrected Taxable Income | $ 324,230.96 | $ 1,198,638.28 | $ 165,770.26 | | | Computation |
| Corrected Income Tax | $ 101,063.36 | $ 440,710.47 | $ 40,141.58 | Nicole Brown, Special Agent, Internal Revenue Service | W9-3 | Criminal Tax Calculation |
| Tax Per Return | $ 16,833.00 | $ 27,304.00 | $ 15,244.00 | Representative, Internal Revenue Service | W5-2, W5-3, W5-4 | U.S. Individual Income Tax Returns |
| Additional Tax Due and Owing | $ 84,230.36 | $ 413,406.47 | $ 24,897.58 | | | Computation |