UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

-vs-

CASE No. CR-05-212
JUDGE: Ricardo M. Urbina
(UNDER SEAL)

#1: Simon P. Kareri
#2: Ndeye Nene Fall Kareri

Defendant.

**FILED**

**AUG 17 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon motion of counsel for the defendants and without objection by the United States, and deeming it just and proper to do so, it is hereby ORDERED, that the sentencing hearing *As to both defendant* in this case presently scheduled for September 7, 2006, is continued until _November 16, 2006_ at _1:30_ p.m.

_____
UNITED STATES DISTRICT JUDGE

Entered: _8/17/06_

1