**Nene Ndong**

9/24/2006

Judge Ricardo Urbina
C/o Nina Ginsberg
Attorney at Law
908 King Street, Suite 200
Alexandria Virginia 22314

Dear Honorable Judge Urbina,

    My name is Nene Ndong. I am a 22 years old college student pursuing a degree in Nursing at Montgomery College. I am Mrs. Kareri's Goddaughter and I've known her from the day I was born.

    I have been living with Mr. & Mrs. Kareri for about six years and I feel like I've known them all my life. I just can't stress enough what great people they are, not only to me but to other people, because of their kindness, honesty, integrity, love, support, and care. When I came to live with them, they put me back to school in order to earn my high school diploma. I recall clearly that Mr. Kareri used to drive me to and from school every Saturday for two years until I earned my GED diploma. They then proceeded to put me in college where I am pursuing my Nursing degree. Without them, I might never have learned how to drive or even dream of going to college.

    I also witnessed when they adopted Teresa. Teresa came to live with us with serious medical problems. Mr. Kareri was taking Teresa to the doctors every few weeks for a whole year. Her right hand was fixed with multiple surgeries and now she can use it and also had facial repair. Teresa is now a straight "A" student in her senior year in high school hoping to enter medical school next year. Mr. & Mrs. Kareri are the kind of people you go to when in need and they are always there to help you because they are so honest and caring that they always step out of their way to take care of others. That's why since their problems began; the family is not the same anymore. It has affected everyone because of the great importance they are in our lives.

    It has been so hard for us and the kids, especially during their absence last summer. We went through the hardest summer ever without them and air conditioning in the house. I was the one taking care of the kids most of the time and it was really hard to always have to hide the situation from the kids every time they asked for their parents. I had to make up a story to tell them about where they went. After all, they are just little kids who need their parents at all times. They would even wake up in the middle of the night crying asking when their mom and dad are coming back. They are the kind of kids who love to see their parents together; they just can't function with one and not the other. And I know this because I've observed and lived with them long enough to know this.

*United States of America v. Kareri*
Criminal No. 05-212-02 (RMU)
Filed Under Seal

     I also have to stress the fact that this situation has greatly affected Mrs. Kareri's health condition as well as the kids. Imagine living a life where you just wake up and sit down every single day wondering what's going to happen or what to do. It's even hard for them to go to the grocery store or any store. Because, every time the kids see them leaving, they start crying begging them not to leave because they are afraid to let go of their parents. No matter how hard the family tries to keep the kids happy, it does not work because they are so close to their mom and dad and they can't get all the love they need from no one else but their parents. Since Mr. Kareri came home, they have been working very hard to make life normal again and trying to start making a living. They do not have any entertainment, do not go for dinners or even buy themselves clothes. All they do is take care of the family. Their priorities are to make sure we have food, clothing and school.

     Your honor, I beg your heart for mercy and leniency for Mr. and Mrs. Kareri. So many loved ones have been affected by this situation in so many bad ways that I cannot stress enough on paper. After reading this heart felt letter, I hope that you will be willing to end this situation and return them home to us for good and for the sake of the kids. They are still very young and need both of their parents while growing up like every child in this world deserve. I thank you from the bottom of my heart for your mercy. God bless you.

                             Sincerely,

                             Ndeye N. Ndong

ELIZABETH OLOO
11452 Stewart Lane, Apt. C1
Silver Spring, MD 20904

August 15, 2005

Judge Ricardo M. Urbina
U.S. District Court
c/o Ms. Nina Ginsberg
908 King Street, Suite 200
Alexandria, Virginia 22314

Dear Hon. Judge Urbina,

**RE: NENE FALL KARERI**

My name is Elizabeth Oloo. I'm currently employed as a Program Assistant by the World Bank Group, here in Washington, DC, where I've worked for over eleven years. I hold an Associates degree from Widener University in Delaware, and Bachelors from University of Baltimore, both in Business Management.

I have known Nene Fall Kareri for over sixteen years. I met her through my sister who was her room-mate. Through the years, our friendship grew and I'm proud and fortunate to call her my best friend. During this period, I introduced her to my friend Simon Kareri, and a year later they married. I was present for both their children's births, Esther and Andrew, who are now ten and seven, respectively, and I'm known affectionately as 'Aunty Liz.' Nene is devoted to both her children and loves them dearly. She is dedicated and fearlessly protects them. To this end, she has gone to great lengths to make sure that their lives are not disrupted by the current unfortunate situation. She has strived to ensure that her children's daily routines are kept 'normal', so that they are not adversely affected.

I'm a constant presence in their home, not only for the big holidays, Thanksgiving and Christmas, but also for other special occasions like birthdays. Normally, two weeks does not go by before I'm having dinner at her house, since she's such a great cook. Through my friendship with Nene, both families have become intertwined whereby parents, uncles, aunts, cousins, siblings on both East and West Africa, know of each of our existence. When gifts and letters are sent by her mother and aunties from Senegal, I'm always included, and vice-versa. Our bond is so strong such that we speak to each other at least once a day, if not more, and this has been so for the past seventeen years. During this time, I've never seen Nene interested in or involved in banking issues. We would go out together for different functions but we always avoided the banking and Embassy affairs since we found them both stiff and boring. Frankly, throughout the years I've

*United States of America v. Kareri*
Criminal No. 05-212-02 (RMU)
Filed Under Seal

Nene Fall Kareri                                                                                      Page 2

known her, there has never been any indication that this is remotely her area of expertise or interest, which lay primarily in journalism, cooking, the arts and music.

Nene has a big heart and she takes care of her ailing mother, and is very close to her extended family. Nene is also empathetic to people, although at the same time, she is particular about those she welcomes into her inner circle. She has a keen and sound sense of good judgment of character, and does not befriend people based on their material possessions. While this is true, she also recognizes that people fall into unfortunately circumstances. She has compassion for people from different backgrounds, and extends a hand to those who need help getting back on their feet, either by offering a sympathetic ear, advise and/or giving information on how to best handle a situation.

For instance, since she left jail, she has kept in touch with several of the women she befriended, whom otherwise had no help or support from anyone.

She wrote letters on their behalf, attended their hearings, and kept their families informed. She also adopted her husband's niece, whom she met during her travels to Kenya. Simon's niece had been involved in a serious school bus accident in Kenya. She had extensive injuries to her face, leg and arm and was in constant pain from the glass fragments that had been left on her face, and the bones on her leg and arm had not been reset properly. I remember Nene telling me how she felt so heart-broken about this little girl that she asked her husband to make arrangement to bring her to the US for medical treatment, and later adopted her. This is the kind of person Nene is.

The tremendous stress of the last three years has taken its toll on Nene's health and she now suffers from ulcers, sleep deprivation, constant migraines, stress and depression. Apart from these ailments, which are a direct result of this situation, she also has rheumatoid arthritis. It is sad and it breaks my heart, to see someone who embraced life so fully, reduced to this end. I really don't know how she does it - - keeping a public face (always smiling, encouraging other people, no self pity). The whole situation is very unfortunate as I know Nene's respect for authority and the law is unquestionable, such that she has never received a parking or speeding ticket. Her honesty and integrity are impeccable, her loyalties unshakable.

Finally, your Honor, I take this opportunity to humbly ask you for leniency for the sake of her children and 78 year old mother, who lives in Senegal and is in fragile health.

                                                  Yours respectfully,

                                                  Elizabeth Oloo

*United States of America v. Kareri*
Criminal No. 05-212-02 (RMU)
Filed Under Seal

ANNE MANUEL & WILLIAM MASCIOLI
2021 LUZERNE AVENUE
SILVER SPRING, MARYLAND  20910

August 8, 2006

The Honorable Ricardo M. Urbina
United States District Court
E. Barrett Prettyman Courthouse
333 Constitution Avenue, NW
Washington DC  20001

    Re:  Case No. 05-CR-212 – *Nene Karere*

Dear Judge Urbina:

    We are writing as friends of Nene Fall Karere, whom we have known for many years. We can say without reservation that we have the highest opinion of her character and morals.

    We first came to know Nene when we were looking for a full-time babysitter for our daughters. This was in approximately 1992 or 1993, before Nene was married or had children of her own. The impression she made was immediate, and indelible: from the first time she appeared at our house with her broad open smile and effusive warmth, we knew that we would hire her, and that we would be happy with the decision.

    We did not know at the time how deeply she would touch our family. The relationships that she forged with our daughters were so strong that we asked Nene to be our daughter Julia's godmother. (We are not religious, but felt our daughters should each have a special adult with whom to have a lasting relationship, and for Julia it was clearly to be Nene.)

    There is a special kind of trust that one develops with the people who tenderly and lovingly care for one's children. Nene put her heart and soul into her relationship with ours, for which we will always be grateful. The Nene that we have come to know and love is kind, selfless, and has the intrinsic honesty of someone to whom it would never occur to be guileful. We are aware of the allegations against her and her husband Simon, and can only say that they are absolutely incongruous with the character of this woman.

Sincerely,

Anne Manuel and William Mascioli

*United States of America v. Kareri*
Criminal No. 05-212-02 (RMU)
Filed Under Seal

November 9, 2006

1. Judge Ricardo Urbina

c/o Ms. Ginsberg

908 King St

Alexandria, VA 22314

Dear Judge Urbina,

I am pleased to write you a letter outlining my professional interaction with Mrs. Nene Kareri. She was first employed as a contractor to the Africa Center for Strategic Studies in December of 2001 and I was her supervisor as Director of Community Outreach & Public Affairs. At that time she covered a variety of tasks and provided support to the section and organization three days a week.

In October of 2004, we had need for a full time administrative assistant which eliminated the position that Mrs. Kareri filled. Her professional interest in the media / news combined with her skills as a trained journalist proved her to be an excellent candidate to become an off-site employee contracted to produce our *Media Review*. Mrs. Kareri is currently compiling the Africa Center Media Review each weekday morning, and emailing it to Africa Center permanent staff. She scans and analyzes a list of news outlet websites to find that day's news relating to African security issues, and provides Africa Center with the headlines, first few sentences, and a link to the whole article by email. This document is then formatted into a mass email and sent out by the Africa Center.

The Africa Center continues to be satisfied with her job performance as a contractor to DFI. The Media Review is completed in a very timely way each morning, and rarely are there any problems with it. She is also exceptionally professional, conscientious and follows instruction. Overall her job performance is excellent. She is dependable and is well liked by her colleagues.

I will be traveling to Benin November 10 – 18 and may be reached via email during that period. Upon my return, I would be more than happy for the opportunity to answer any questions you may have in person or over the telephone.

Respectfully,

Pamela Baker-Masson

Pamela Baker-Masson
Director of Community Outreach & Public Affairs

Africa Center for Strategic Studies
National Defense University, 300 5th Avenue, Bldg. 62
Ft. McNair, DC 20319-5066
ph (202) 685-7350
fx (202) 685-3415

www.africacenter.org

*United States of America v. Kareri*
Criminal No. 05-212-02 (RMU)
Filed Under Seal

Mrs. Nafissa Ba
14146 Castle Boulevard #203
Silver Spring, MD 20904
Tel: 240-603-7637

August 12, 2006

Judge Ricardo M. Urbina
U.S. District Court
C/o Ms. Nina Ginsberg
908 King Street, Suite 200
Alexandria, Virginia 22314

**RE: Ndeye Nene Fall Kareri**

Dear Judge Urbina:

I am writing to you about my first cousin Ndeye Nene Fall Kareri. I have known her all my life. She left Senegal when I was only 12 years old to come to the US to go to college in Massachusetts. Since our families are very close, we kept in touch via letters and telephone calls. We grew up in prominent and respected families in Senegal. We were raised with high morals and values and to be conscious of those less fortunate. When I graduated from high school in Senegal, I came to the U.S to go to college as well. Nene and her husband opened their home to me for 2 years. We grew even closer and I enjoyed being around a woman who treats everybody with kindness and respect.

I benefited tremendously on the good advice and guidance she gave me as a newcomer to the United States. I particularly admire the way she cares and loves her children. She took leave from her previous career to take care of them for seven years. She has been living a nightmare for the past 3 years; she is feeling so guilty to have been separated from her children when she was in prison last summer. As a mother myself I can only imagine what she is going through.

Since she came home she has been taking care of the children under very difficult circumstances. Emotionally, she has not been the same and we have spent many nights on the phone talking with her crying all the time. She has nevertheless kept this from her children since they are young. I sincerely plead with you to grant her freedom in order to raise her children. Her children, especially the two young ones need her more than ever. Nene is the most loyal and honest person alive and most of her friends would attest to that. She has suffered enough and I pray that the good God fill your heart with mercy and give Nene a new beginning in her life and family. Thank you and God bless you.

Sincerely,

*Nafissa Ba*

Mrs. Nafissa Ba

*United States of America v. Kareri*
Criminal No. 05-212-02 (RMU)
Filed Under Seal