UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :    Criminal Action No.:  05-212  (RMU)
                                  :
NENE KARERI,                      :    SEALED FILED
                                  :
              Defendant.          :    NOV 15 2006

**ORDER**                              NANCY MAYER WHITTINGTON, CLERK
                                       U.S. DISTRICT COURT

It is this 15th day of November 2006,

**ORDERED** that the defendant's motion for leave to late file her position with respect to sentencing is **GRANTED**.

**SO ORDERED.**

                                        _____
                                        Ricardo M. Urbina
                                        United States District Judge

