UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :

v.                                :    Criminal Action No.: 05-212(RMU)

#2- NDEYE KARERI       ,          :

Defendant.                        :

SEALED

ORDER

It is this 16th day of November 2006,

ORDERED that a progress hearing in the above-captioned case shall take place on May 14, 2007 at 10:30am.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge