UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 05-212-02 (RMU) |
| | ) | |
| | ) | |
| NDEYE NENE FALL KARERI | ) | **UNDER SEAL** |
| | ) | |
| Defendant. | ) | Sentencing Date: November 16, 2006 |

**MOTION FOR LEAVE TO FILE LATE DEFENDANT'S
POSITION WITH RESPECT TO SENTENCING FACTORS AND
MEMORANDUM IN AID OF SENTENCING**

The defendant, Ndeye Nene Fall Kareri, by counsel, moves this Honorable Court for leave to file late her Position with Respect to Sentencing Factors and Memorandum in Aid of Sentencing. In support of this motion, the defendant states as follows:

1. On August 8, 2005, the defendant pled guilty to seven counts of conspiracy, bank fraud, and money laundering and conspiracy to defraud the IRS. Sentencing was originally scheduled for September 7, 2006. The Court granted the joint motion of the parties to continue the sentencing until November 16, 2006 at 1:30 p.m. Sentencing memoranda were originally due to be filed in August 2006.

2. Counsel for the defendant and the United States engaged in discussions over a period of time concerning the government's motion for a downward departure. These discussions continued after the government filed its Motion for Downward Departure and Memorandum in Aid of Sentencing. The parties subsequently reached agreement on a recommended sentence.

1

3.  Shortly thereafter, counsel for the defendant began a three week murder trial in the United States District Court for the Eastern District of Virginia. Counsel intended to file the late sentencing memoranda at the conclusion of the trial, but became distracted by other matters that had also been put off until the conclusion of the trial. Counsel filed the defendant's Position with Respect to Sentencing Factors and Memorandum in Aid of Sentencing on November 9, 2006. The delay in filing is solely attributable to the defendant's counsel and should not reflect on the defendant's stance before this Court.

WHEREFORE, counsel respectfully requests this Court grant the defendant leave to file late her Position with Respect to Sentencing Factors and Memorandum in Aid of Sentencing.

        Respectfully submitted,

        NDEYE NENE FALL KARERI
        By Counsel

_/s/_____
NINA J. GINSBERG, VSB #19472
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
703-684-4333
703-548-3181 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was mailed, postage prepaid and faxed to Steven T. Durham, Assistant United States Attorney, 555 4th Street, NW, Room 5253, Washington, DC 20530, fax: 202-307-3228, this 14th day of November, 2006.

        _/s/_____
        Nina J. Ginsberg