UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.            ) | Criminal No.  05-212-02 (RMU) |
| ) | |
| ) | |
| NDEYE NENE FALL KARERI  ) | |
|     Defendant.       ) | |

### DEFENDANT'S MOTION FOR LEAVE TO TRAVEL
### OUTSIDE THE UNITED STATES

The defendant, Ndeye Nene Fall Kareri, by counsel, moves this Honorable Court for leave to travel to Dakar, Senegal from December 25, 2006 until January 3, 2007 to visit her elderly mother.  In support of this motion, the defendant states the following:

1.    On November 16, 2006, Mrs. Kareri was sentenced by this Court to time already served on each of seven counts of bank fraud, money laundering and impairing the Court's in rem jurisdiction over property, all to run concurrently.  Mrs. Kareri was also sentenced to concurrent three year terms of supervised release.

2.    A standard condition of supervision prohibits Mrs. Kareri from leaving the jurisdiction without the permission of the Court of probation officer.  Mrs. Kareri's probation officer is Stacey A. Carter, Tel: 202-565-1391.  Ms. Carter conducted her first unannounced home visit on December 12, 2006.  Mrs. Kareri is next scheduled to meet with Ms. Carter on December 19, 2006.  Ms. Carter has been notified of this request.  Mrs. Kareri was fully compliant with all of her pretrial supervision requirements.

3. Mrs. Kareri has not seen her elderly mother who is infirm and lives alone in Dakar, Senegal in three and one-half years. Mrs. Kareri has attempted, with limited success, to shield her mother from rumors about her imprisonment and convictions. She would like to be able to explain her actions and reassure her mother in person. Mrs. Kareri's older sister, who lives in France, is also going to be visiting their mother between December 25, 2006 and January 3, 2007. Her sister's presence may make the Mrs. Kareri's circumstances easier for her mother to accept and may help her face other members of her family.

4. Except in cases of emergency, Mrs. Kareri does not intend to leave her children in the care of others once Mr. Kareri begins serving his prison sentence. Thus, she will have little opportunity to schedule another visit to her mother in the near future.

5. Mrs. Kareri requests leave to travel to Dakar on South Africa Airlines, departing on December 25, 2006 and returning on January 3, 2007. While in Dakar, she would reside with her mother, Ms. Renee Fall, at Avenue Bourguiba, Villa # 4337, Amitie 3, Dakar, Senegal, Tel: 001-221-824-0417.

    Respectfully submitted,

    NDEYE NENE FALL KARERI
    By Counsel

_/s/_____
NINA J. GINSBERG, VSB #19472
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
703-684-4333
703-548-3181 (Facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was mailed, postage prepaid and faxed to Steven T. Durham, Assistant United States Attorney, 555 4th Street, NW, Room 5253, Washington, DC 20530, fax: 202-307-3228, and emailed to Stacey A. Carter, Probation Officer, this 13th day of December, 2006.

                                        _/s/_____
                                        Nina J. Ginsberg