UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-212-02 (RMU) |
| ) | |
| **NDEYE NENE FALL KARERI**  ) | |
| Defendant.  ) | |

**STATEMENT OF GOVERNMENT'S POSITION ON
DEFENDANT'S MOTION FOR LEAVE TO TRAVEL
OUTSIDE THE UNITED STATES**

The defendant, Ndeye Nene Fall Kareri, by counsel, hereby represents that AUSA Steven T. Durham has advised counsel that the United States does not object to the defendant's proposed travel to Dakar, Senegal to visit her mother if the probation office has no objection to the requested travel.

Respectfully submitted,

NDEYE NENE FALL KARERI
By Counsel

_/s/_____
NINA J. GINSBERG, D.C. Bar No. 251496
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
703-684-4333
703-548-3181 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was mailed, postage prepaid and faxed to Steven T. Durham, Assistant United States Attorney, 555 4th Street, NW, Room 5253, Washington, DC 20530, fax: 202-307-3228, and emailed to Stacey A. Carter, Probation Officer, this 14th day of December, 2006.

_/s/_____
Nina J. Ginsberg