UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 05-212   (RMU) |
| NDEYE NENE KARERI, | : | |
| Defendant. | : | |

**ORDER**

**FILED**
MAY 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 14th day of May 2007,

**ORDERED** that a progress hearing in the above-captioned case shall take place on Nov. 13, 2007 at 11 AM.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge