## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-212-02 (RMU) |
| | : | |
| NENE FALL KARERI, | : | |
| | : | |
| Defendant. | : | |

**FILED**

AUG 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

It is this 10th day of August 2007,

**ORDERED** that the progress hearing in the above-captioned case scheduled for

November 13, 2007 at 11:00 a.m. is hereby **VACATED** and **RESCHEDULED** for November

27, 2007 at 10:30 a.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge