UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 05-0212-02 (RMU) |
| NENE KARERI, | : | |
| Defendant. | : | |

**ORDER**

It is this 27th day of November 2007, hereby

**ORDERED** a progress hearing in the above-captioned case shall take place on May 12, 2008 at 11:00 a.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

FILED
NOV 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT