UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                   ) | Criminal No.  05-212-02 (RMU) |
| ) | |
| ) | |
| NDEYE NENE FALL KARERI       ) | |
| Defendant.              ) | |

**DEFENDANT'S MOTION FOR LEAVE TO TRAVEL
OUTSIDE THE UNITED STATES**

The defendant, Ndeye Nene Fall Kareri, by counsel, moves this Honorable Court for leave to travel to Dakar, Senegal from on or about December 19, 2007, until on or about January 5, 2008, to visit her elderly mother who is recovering from surgery and in ill health.  In support of this motion, the defendant states the following:

1. On November 16, 2006, Mrs. Kareri was sentenced by this Court to time already served on each of seven counts of bank fraud, money laundering and impairing the Court's in rem jurisdiction over property, all to run concurrently.  Mrs. Kareri was also sentenced to concurrent three year terms of supervised release.

2. On November 27, 2007, Mrs. Kareri appeared before this Court for review of her supervised release.  This Court found that she was doing well and fully compliant with the terms and conditions of her supervised release status.

2. A condition of supervision prohibits Mrs. Kareri from leaving the jurisdiction without the permission of the Court and her probation officer.  Mrs. Kareri's probation officer is Rodney D. Carter, Tel: 202-565-1363.  Mr. Carter has been notified of Mrs. Kareri's desire to

1

visit her mother and of counsel's intention to file this motion.

3. Mrs. Kareri has not seen her elderly mother who is infirm and lives alone in Dakar, Senegal since this Court granted her permission to travel last December 2006 -January 2007. Mrs. Kareri's mother is recovering from surgery and is in poor health. She has no family members living in Dakar who can assist her with her medical needs.

4. Mrs. Kareri's older sister lives in France and also wishes to visit their mother over the holiday season. A visit with Mrs. Kareri's family members will lift both her mother's and her spirits and provide an opportunity for family members to assist their mother in her recovery.

5. Assuming the availability of space on these flights, Mrs. Kareri requests leave to travel to Dakar on Delta Airlines, flight #561/34, departing Washington, DC at 2:30 p.m., December 19, 2007, and returning on Air Senegal, flight #930, arriving in Washington, DC on January 5, 2008, at 3:55 p.m.. While in Dakar, she would reside with her mother, Ms. Renee Fall, at Avenue Bourguiba, Villa # 4337, Amitie 3, Dakar, Senegal, Tel: 001-221-824-0417. If changes in dates and times of travel become necessary, the defendant requests leave to coordinate these changes with the probation officer.

6. Assistant U.S. Attorney, Steven Durham, has authorized counsel to represent that he does not object to Mrs. Kareri's proposed travel.

> Respectfully submitted,
>
> NDEYE NENE FALL KARERI
> By Counsel

\_/s/_____
NINA J. GINSBERG
D.C. Bar # 251496
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
703-684-4333
703-548-3181 (Facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was sent via first class postage prepaid mail this 30th day of November, 2007 to the following:

>Steven T. Durham
>Assistant United States Attorney
>555 4th Street, NW, Room 5253
>Washington, DC 20530
>202-307-3228
>
>and
>
>Rodney D. Carter
>U.S. Probation Officer
>United States District Court
>333 Constitution Avenue, N.W., Room 2800
>Washington, D.C. 20001
>202-565-1363

>>\_/s/_____
>>Nina J. Ginsberg