UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                                    ) | Criminal No.  05-212-02 (RMU) |
| ) | |
| ) | |
| **NDEYE NENE FALL KARERI**    ) | |
| ) | |
| Defendant.             ) | |

**ORDER**

The defendant, Ndeye Nene Fall Kareri, has moved this Court for leave to travel to Dakar, Senegal to visit her elderly mother.  The defendant has requested that she be permitted to travel to Dakar, Senegal, departing on or about December 19, 2007, and returning on or about January 5, 2008, and that she be permitted to reside with her mother, Ms. Renee Fall, at Avenue Bourguiba, Villa # 4337, Amitie 3, Dakar, Senegal, Tel: 001-221-824-0417 for the duration of her visit; and

IT APPEARING THAT there is no objection from the attorney for the United States or from the United States probation officer, and that good cause for such travel has been shown; it is hereby

ORDERED that the defendant, Ndeye Nene Fall Kareri, be permitted to travel to Dakar, Senegal on departing on or about December 19, 2007 and returning on or about January 5, 2008; and it is further

      ORDERED that she reside with her mother, Ms. Renee Fall, at Avenue Bourguiba, Villa # 4337, Amitie 3, Dakar, Senegal, Tel: 001-221-824-0417, for the duration of her visit; that she make telephone contact with her probation officer immediately upon her return to the United States.

Entered: _____

                                        _____
                                        RICARDO M. URBINA

Copies to:

Nina J. Ginsberg, Esq.
Steven T. Durham, AUSA
Rodney D. Carter, U.S. Probation Officer