**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>**v.** )<br>)<br>)<br>**NDEYE NENE FALL KARERI** )<br>    Defendant. ) | **Criminal No. 05-212-02 (RMU)** |

### DEFENDANT'S MOTION FOR LEAVE TO TRAVEL OUTSIDE THE UNITED STATES

The defendant, Ndeye Nene Fall Kareri, by counsel, moves this Honorable Court for leave to travel to Dakar, Senegal from on or about April 15, 2008, until on or about May 4, 2008, to visit her elderly mother who is in poor health. In support of this motion, the defendant states the following:

1. On November 16, 2006, Mrs. Kareri was sentenced by this Court to time already served on each of seven counts of bank fraud, money laundering and impairing the Court's in rem jurisdiction over property, all to run concurrently. Mrs. Kareri was also sentenced to concurrent three year terms of supervised release.

2. On November 27, 2007, Mrs. Kareri appeared before this Court for review of her supervised release. This Court found that she was doing well and fully compliant with the terms and conditions of her supervised release status. Her next review is scheduled for May 12, 2008.

3. A condition of supervision prohibits Mrs. Kareri from leaving the jurisdiction without the permission of the Court and her probation officer. Mrs. Kareri's probation officer is Tanya E. Boone, Tel: 202-565-1427. Ms. Boone has been notified of Mrs. Kareri's desire to visit her mother and of counsel's intention to file this motion.

4.  Mrs. Kareri has not seen her elderly mother who is infirm and lives alone in Dakar, Senegal since this Court last granted her permission to travel in December 2006.

5.  Mrs. Kareri requests leave to travel to Dakar on South Africa Airlines, departing Washington, DC. on April 15, 2008, and returning to Washington, DC on May 4, 2008.  While in Dakar, she would reside with her mother, Ms. Renee Fall, at Avenue Bourguiba, Villa # 4337, Amitie 3, Dakar, Senegal, Tel: 001-221-824-0417.  Exact dates and times of travel will be provided to Ms. Boone if approval for this travel is granted.

6.  Assistant U.S. Attorney, Steven Durham, has authorized counsel to represent that he does not object to Mrs. Kareri's proposed travel.

          Respectfully submitted,

          NDEYE NENE FALL KARERI
          By Counsel

_/s/_____
NINA J. GINSBERG
D.C. Bar # 251496
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
703-684-4333
703-548-3181 (Facsimile)
nginsberg@dimuro.com

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and accurate copy of the foregoing was filed electronically with the Court this 17th day of March, 2008. The below persons will receive a copy of this filing by electronic notice to:

    Steven John Durham
    Assistant United States Attorney
    555 4th Street, NW, Room 5253
    Washington, DC 20530
    202-307-3228
    steven.durham@usdoj.gov,april.peeler@usdoj.gov,usadc.ecffraud@usdoj.gov,usadc.docketing@usdoj.gov

    Christopher G. Hoge
    Crowley, Hoge & Fein, P.C.,
    1710 Rhode Island Avenue, NW, Seventh Floor
    Washington, DC  20036-3125
    Phone: 202-483-2900
    Fax: 202-483-1365
    chfcgh@aol.com

    Jonathan Shapiro
    Greenspun, Davis & Leary, P.C.
    10605 Judicial Drive
    Building A-5
    Fairfax, VA  22030-5167
    Phone: (703) 352-0100
    Fax: (703) 591-7268
    js@greenspunlaw.com

      A copy of the foregoing will be mailed, postage prepaid this 17th day of March, 2008 to the following:

>Tanya E. Boone
>U.S. Probation Officer
>United States District Court
>333 Constitution Avenue, N.W., Room 2800
>Washington, D.C.  20001
>202-565-1363

>_/s/_____
>NINA J. GINSBERG
>D.C. Bar # 251496
>DiMuroGinsberg, P.C.
>908 King Street, Suite 200
>Alexandria, VA 22314
>703-684-4333
>703-548-3181 (Facsimile)
>nginsberg@dimuro.com