UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-212-02 (RMU) |
| ) | |
| NDEYE NENE FALL KARERI ) | |
| ) | |
| Defendant. ) | |

FILED
MAR 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The defendant, Ndeye Nene Fall Kareri, has moved this Court for leave to travel to Dakar, Senegal to visit her elderly mother, departing on or about April 15, 2008, and returning on or about May 4, 2008, and that she be permitted to reside with her mother, Ms. Renee Fall, duration of her visit; and

IT APPEARING THAT there is no objection from the attorney for the United States or from the United States probation officer, and that good cause for such travel has been shown; it is hereby

ORDERED that the defendant, Ndeye Nene Fall Kareri, be permitted to travel to Dakar, Senegal on departing on or about April 15, 2008 and returning on or about May 4, 2008 and that she provide a complete itinerary to Tanya E. Boone, Probation Officer, before her departure; and it is further

ORDERED that she reside with her mother, Ms. Renee Fall, ᴄ for the duration of her visit; that she make telephone contact with her probation officer immediately upon her return to the United

1

States.

Entered: 3/17/08

_____
RICARDO M. URBINA, JUDGE

Copies to:

Nina J. Ginsberg, Esq.
Steven T. Durham, AUSA
Tanya E. Boone, U.S. Probation Officer